UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 17 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RONNIE BROOKS, an individual; et al., <br><br> Plaintiffs - Petitioners, <br><br> v. <br><br> GREYSTAR REAL ESTATE PARTNERS, LLC, a Delaware limited liability company and GREYSTAR CALIFORNIA, INC., a Delaware corporation, <br><br> Defendants - Respondents. | No. 25-5332 <br><br> D.C. No. 3:23-cv-01729-LL-BGS Southern District of California, San Diego <br><br> ORDER |

Before: CLIFTON and BRESS, Circuit Judges.

The petition for permission to appeal is denied. *See* Fed. R. Civ. P. 23(f);

*Chamberlan v. Ford Motor Co.*, 402 F.3d 952, 959-60 (9th Cir. 2005) (describing

factors this court considers in analyzing a Rule 23(f) petition).